UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIGRESS SYDNEY ACUTE MCDANIEL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | **CASE NO. 5:23-CV-697-D** |
| STATE OF NORTH CAROLINA, ) | |
| NORTH CAROLINA DEPARTMENT OF ) | |
| JUSTICE, NORTH CAROLINA ) | |
| ADMINISTRATIVE OFFICE OF THE ) | |
| COURTS, MECKLENBURG COUNTY ) | |
| SUPERIOR COURT DIVISIONS 26A ) | |
| THROUGH H, ROWAN COUNTY ) | |
| SUPERIOR COURT DIVISION 19C, ) | |
| GUILFORD COUNTY SUPERIOR ) | |
| COURT DIVISION 18, ESTATE OF ) | |
| RICHARD LONG HUFFMAN, JR., ) | |
| MICHELLE FEIMSTER BAILEY, ) | |
| EMILY JEFFORDS MEISTER, JAMES ) | |
| DOUGLAS GRIMES, CHRISTOPHER J. ) | |
| LOEBSACK, PAGE D. MORGAN, ) | |
| FRANK LANE WILLIAMSON, JAMIE ) | |
| MELISSA WOODS, JONATHON TODT, ) | |
| M. ANTHONY BURTS, CARLA ) | |
| ARCHIE, TY HANDS, GEORGE BELL, ) | |
| LISA BELL, ELIZABETH TROSCH, ) | |
| ANNA MILLS WAGONER, ) | |
| MAGISTRATE WILLIAMS, KATRINA ) | |
| WATSON, and MITCHELL WOODARD, ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 6], DENIES as untimely the motion to extend time [D.E. 7], and DISMISSES plaintiff's complaint as frivolous.

<u>This Judgment filed and entered on March 18, 2024, and copies to</u>:
Tigress Sydney Acute McDaniel          (via CM/ECF electronic notification)

March 18, 2024                                                 Peter A. Moore, Jr.
                                                                                  Clerk of Court

                                                                   By: /s/ Stephanie Mann
                                                                            Deputy Clerk